IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL B. O'NEILL, | : | Civil No. 1:21-CV-00837 |
| Plaintiff, | : | (Judge Kane) |
| v. | : | (Magistrate Judge Schwab) |
| GANNETT FLEMING, INC., *et al.*, | : | |
| Defendants, | : | |

**ORDER**
September 7, 2021

As discussed during the court's recent telephone conference with counsel in this matter, **IT IS ORDERED** that counsel for defendants shall consult with her clients and advise the court of defendants' response to plaintiff's latest demand and the range of her settlement authority, by means of submitting a confidential report regarding the same to the undersigned's chambers e-mail account at Magistrate_Judge_Schwab@pamd.uscourts.gov, on or before **September 15, 2021**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge